# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 28, 2013

## NO. 03-10-00555-CV

### In re Estate of Ruby Greer Wallace, Deceased

**APPEAL FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD**
**AFFIRMED -- OPINION BY JUSTICE GOODWIN**

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was no error in the trial court's judgment: **IT IS THEREFORE** considered, adjudged and ordered that the judgment of the trial court is in all things affirmed. It is **FURTHER** ordered that the appellants Carole Ann Wallace and Dennis Arthur Wallace Jr. pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.